UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ANDRE ANDERSON,<br><br>    Plaintiff,<br> v.<br><br>DEPARTMENT OF SOCIAL & HEALTH SERVICES,<br><br>    Defendant. | CASE NO. 3:23-cv-05624-TMC-GJL<br><br>ORDER TO SHOW CAUSE |

  The District Court has referred this action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Judge Grady J. Leupold. On July 12, 2023, Plaintiff Calvin Andre Anderson, proceeding *pro se*, filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP") (Dkt. 1) and proposed Complaint (Dkt. 1-1). After granting the IFP Motion (*see* Dkt. 4), the Court issued an Order declining to serve the proposed Complaint, but affording Plaintiff an opportunity to file an amended complaint curing the deficiencies noted by the Court (*see* Dkt. 5). Plaintiff filed an Amended Complaint on August 18, 2023. Dkt. 8. On October 4, 2023, the Court issued an Order declining to serve the Amended Complaint, but providing Plaintiff leave to file an amended pleading on or before November 3, 2023. Dkt. 11.

ORDER TO SHOW CAUSE - 1

In the Order, the Court warned Plaintiff that, should he fail to cure the deficiencies in the Amended Complaint identified by the Court, it would recommend dismissal of this case. *Id*. To date, Plaintiff has not filed an amended pleading. *See* Dkt. However, on November 8, 2023, Plaintiff filed a Notice updating his current address. Dkt. 12.

Plaintiff is now **ORDERED** to show cause why this case should not be dismissed without prejudice for failure to prosecute. If Plaintiff fails to respond to the Court's Order on or before **January 30, 2024**, the Court will recommend dismissal of this action without prejudice for failure to comply with a Court Order.

Dated this 2nd day of January, 2024.

Grady J. Leupold
United States Magistrate Judge